**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Turner,

                        Plaintiff,

         -against-

Liauko, et al.,

                     Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 1/20/2026 _

7:25-cv-04982-JGLC-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On December 15, 2025, the Court directed the parties to file a joint status letter by no later than January 16, 2026, updating the Court on the status of discovery. (ECF No. 36). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due **January 23, 2026**.

      **SO ORDERED.**

DATED:    White Plains, New York
           January 20, 2026

                                  _____
                                  VICTORIA REZNIK
                                  United States Magistrate Judge

1