**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Turner,

                        Plaintiff,

        -against-

Liauko,

                      Defendant.
------------------------------------------------------------------X

25-cv-04982-JGLC-VR

**<u>ORDER</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2026

**VICTORIA REZNIK, United States Magistrate Judge:**

On March 13, 2026, the Court directed the parties to file a stipulation of dismissal by April 30, 2026. (ECF No. 42). The Court has not yet received any such stipulation. Plaintiffs are reminded to submit either a stipulation of dismissal or a joint status letter on the status of settlement negotiations, which is now due **May 7, 2026**.

        **SO ORDERED.**

DATED:     White Plains, New York
              May 4, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge